**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO ANTONIO VILLAGRAN, | Case No. EDCV 16-2251 GW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ROBERT W. FOX, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 12, 2019

GEORGE H. WU
UNITED STATES DISTRICT JUDGE